UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARGARET LAMKIN,

    Plaintiff,

v.                                               Case No. 5:12-mc-3-Oc-10TBS

NATIONAL STEAK PROCESSORS, INC.
d/b/a NATIONAL STEAK & POULTRY,

    Defendant,

JBS USA HOLDINGS, INC., a Delaware
Corporation and JBS USA LLC, a Delaware
Corporation,

    Third-Party Defendants.
_____/

## ORDER

Pending before the Court is Non-Party, Ruby Tuesday, Inc.'s Objection to the Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action Served by National Steak Processors, Inc. d/b/a National Steak & Poultry, et al., on or about March 1, 2012 (Doc. 1).

At issue here is a subpoena, issued by this Court, which was served upon non-party Ruby Tuesday, Inc. by National Steak Processors, Inc. related to Case No. 5:11-cv-04023-MWB pending in the Northern District of Iowa. Ruby Tuesday, Inc. has filed an objection and seeks to quash the subpoena. National Steak Processors, Inc. shall file a response to the motion to quash within fourteen (14) days of the rendition of this Order, after which, the Court will take this matter under advisement.

    IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 20, 2012.

                                                        THOMAS B. SMITH
                                                        United States Magistrate Judge

Copies to all Counsel